# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| J4 PROMOTIONS, INC., | ) |
| | ) |
| Plaintiff, | ) CASE NO.: 2:09-cv-136 |
| | ) |
| vs. | ) JUDGE MARBLEY |
| | ) |
| SPLASH DOGS, LLC, et al., | ) MAGISTRATE JUDGE KEMP |
| | ) |
| Defendants. | ) |

## STIPULATED ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiffs J4 Promotions, Inc. and DockDogs, Inc., and Defendants Splash Dogs, LLC, Tony Reed, and Randy Woods, which comprise all of the remaining parties to the above-captioned action, hereby stipulate that this Court should dismiss all of their claims and counterclaims with prejudice, pursuant to the terms of the parties' Settlement Agreement, without any award of costs, interest, or attorneys' fees, and with all rights of appeal waived.

**SO ORDERED** this 6 day of July 2011.

Algenon L. Marbley
United States District Judge

Approved by:

s/T. Earl LeVere
T. EARL LeVERE  (0063515)
Schottenstein Zox & Dunn Co., L.P.A.
250 West Street
Columbus, OH 43215
(614) 462-1095
(614) 228-4847 – Fax
elevere@szd.com
*Trial Attorney for Plaintiff*

s/Thomas S. Mazanec
THOMAS S. MAZANEC  (0009050)
MICHAEL S. LOUGHRY  (0073656)
Mazanec, Raskin, Ryder & Keller Co., L.P.A.
250 Civic Center Drive, Suite 400
Columbus, OH 43215
(614) 228-5931
(614) 228-5934 – Fax
tmazanec@mrrklaw.com
mloughry@mrrklaw.com
*Trial Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2011, a copy of the foregoing STIPULATED ORDER OF DISMISSAL was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/T. Earl LeVere*
T. Earl LeVere